# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WALTER EMMANUEL MARTIN, | No. CV 25-02613-VBF (DFM) |
| Plaintiff, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| TAMILA JENSEN et al., | |
| Defendants. | |

Having engaged in de novo review of the portions of the U.S. Magistrate Judge's Report and Recommendation ("R&R") to which plaintiff specifically objected, the Court determines that plaintiff has failed to identify any error of law, fact, or logic in the R&R.  Accordingly, the Court orders as follows:

**Plaintiff's application for leave to e-file [Doc #30] is GRANTED.**

**The objections [Doc #64] are OVERRULED.**
**The R&R [Doc # 63] is ADOPTED.**

**Jensen's Motion to Strike [Doc # 32] is DENIED as moot.**

**Jensen's Motion to Dismiss [Doc # 37] is GRANTED**.

Plaintiff's federal-law claims are DISMISSED WITH PREJUDICE.

The Court DECLINES supplemental jurisdiction over Plaintiff's state-law claims, which are dismissed without prejudice.

**Plaintiff's Motion for Leave to Amend [Doc # 57] is DENIED.**

IT IS ORDERED.

Date:  May 22, 2026

VALERIE BAKER FAIRBANK
Senior United States District Judge