JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WALTER EMMANUEL MARTIN, | No. CV 25-02613-VBF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| TAMILA JENSEN et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that plaintiff's federal claims are DISMISSED WITH PREJUDICE, plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE, and this action is TERMINATED.

IT IS SO ADJUDGED.

Date:  May 22, 2026

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge